# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00485-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JUAN ZAVALA-MORENO,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on August 21, 2015,

**IT IS ORDERED** that Defendant Juan Zavala-Moreno is sentenced to **time served**.

Dated:  August 21, 2015

                BY THE COURT:

                s/ Robert E. Blackburn
                ROBERT E. BLACKBURN,
                UNITED STATES DISTRICT JUDGE